■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUFUS WILFORM, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Sherman, J.), rendered June 13, 1983, convicting him of reckless endangerment in the first degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Lazer, Mangano and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD WILLIAMS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Rubin, J.), rendered March 18, 1982, convicting him of robbery in the first degree (two counts), assault in the first degree, criminal use of a firearm in the first degree, criminal possession of a weapon in the second degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence. ¶ Judgment modified, on the law, by reversing the conviction of assault in the first degree, and the sentence imposed thereon is vacated. As so modified, judgment affirmed. ¶ The trial court erred in submitting to the jury the crime of assault in the first degree as a lesser included offense of attempted murder (see *People v Simon,* 96 AD2d 1086, 1087). Such error was preserved for review as defendant made a timely objection thereto (see *People v Ford,* 62 NY2d 275). Thompson, J. P., Bracken, Rubin and Boyers, JJ., concur.